UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 30 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Ardell Nelson, Jr., )
)
    Plaintiff, )
)
v. ) Civil Action No. 10 2339
)
Board of Pardons and Parole *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

In this action brought *pro se*, plaintiff, a Texas state prisoner, seeks review of a report and recommendation issued by a magistrate judge in the United States District Court for the Western District of Texas. Because a federal district court lacks subject matter jurisdiction to review the decisions of another federal district court, *see* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995), dismissal is required. Fed. R. Civ. P. 12(h)(3). A separate Order accompanies this Memorandum Opinion.

Date: December 23rd, 2010             United States District Judge